**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Maya Bolden**

Case No.: **25−60501−pmb**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On September 12, 2025, the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee for this case in installments, provided that Debtor paid the initial filing fee installment within ten days from the filing of the petition. The Order also provided that the failure to pay the filing fee as directed would result in dismissal of this case. The Debtor failed to pay timely the filing fee as directed by the Order. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on September 29, 2025.

Paul Baisier
United States Bankruptcy Judge

Form 3081113

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-60501-pmb |
| Maya Bolden | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2025 | Form ID: 3081113 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maya Bolden, 6109 Hemperly Road, Atlanta, GA 30349-4279 |
| cr | + | Progress Residential Borrower 18, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 29 2025 20:28:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25478261 | + | EDI: AIS.COM | Sep 30 2025 00:16:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 18  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Sep 29, 2025 Form ID: 3081113 Total Noticed: 4

Melissa J. Davey
    mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com

TOTAL: 2